

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00404-CV

**IN THE MATTER OF THE MARRIAGE OF
DENNIS LEE HOLMAN AND KIMBERLY ANN HOLMAN**

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 38183, Honorable Lee Waters, Presiding

December 20, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Kimberly Anne Holman, has filed a document evincing her desire to "nonsuit" her appeal. In it, she expresses that she "no longer desire[s] to prosecute this suit." We interpret this as indicating she wishes to dismiss her appeal. Without passing on the merits of the case, we grant her request and dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam